United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 10, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40772
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOUGLAS M. CRUZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-101-ALL
---------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

This court affirmed the judgment of conviction and sentence

of Douglas M. Cruz. United States v. Cruz, No. 04-40772 (5th

Cir. Dec. 17, 2004) (unpublished). The Supreme Court vacated and

remanded for further consideration in light of United States v.

Booker, 125 S. Ct. 738 (2005). See De La Cruz-Gonzalez v. United

States, 125 S. Ct. 1995 (2005). We requested and received

supplemental letter briefs addressing the impact of Booker.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cruz argues that he is entitled to resentencing because the district court sentenced him under a mandatory application of the United States Sentencing Guidelines prohibited by <u>Booker</u>. However, he identifies "no evidence in the record suggesting that the district court would have imposed a lesser sentence under an advisory guidelines system." <u>United States v. Taylor</u>, 409 F.3d 675, 677 (5th Cir. 2005).

Cruz concedes that he cannot make the necessary showing of plain error that is required by our precedent. Furthermore, he correctly acknowledges that this court has rejected the argument that a <u>Booker</u> error is a structural error or that such error is presumed to be prejudicial. <u>See</u> <u>United States v. Mares</u>, 402 F.3d 511, 520-22 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005) (No. 04-9517); <u>see also</u> <u>United States v. Malveaux</u>, 411 F.3d 558, 561 n.9 (5th Cir. 2005), <u>petition for cert. filed</u> (July 11, 2005) (No. 05-5297). He desires to preserve this argument for further review.

Because nothing in the Supreme Court's <u>Booker</u> decision requires us to change our prior affirmance in this case, we therefore reinstate our judgment affirming Cruz's conviction and sentence.

AFFIRMED.